**Dismissed and Opinion Filed November 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00620-CV

## IN THE INTEREST OF: T.H.M. AND C.A.M., CHILDREN

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-53138-2012**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By postcard dated July 28, 2015, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. We cautioned appellant that failure to file her brief and an extension motion would result in the dismissal of this appeal without further notice. Thereafter, we granted appellant's motion to extend time to file her brief and ordered appellant's brief to be filed by August 31, 2015. We expressly cautioned appellant that no further extension of time would be granted absent extraordinary circumstances. To date, appellant has not filed her brief, requested an additional extension of time to file her brief, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


140620F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF: T.H.M. AND
C.A.M., CHILDREN

No. 05-14-00620-CV     V.

On Appeal from the 219th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 219-53138-2012.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ANTHONY JOSEPH MAZZU recover his costs of this appeal from appellant SUSAN DAWAN MAZZU.

Judgment entered November 19, 2015.